UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, and SIERRA CLUB, <br><br>Plaintiffs, <br><br>v. <br><br>GINA MCCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency, <br><br>Defendant. | Civil Case No. 3:15-CV-858-JJB-RLB |

ORDER

The Court has before it Defendant Gina McCarthy, in her official capacity as Administrator, United States Environmental Protection Agency, and Plaintiffs Louisiana Environmental Action Network and Sierra Club's Joint Motion for Stay of Proceedings. Having considered this Motion, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that the case shall be stayed until June 30, 2016. If the proposed consent decree has not been entered, the parties shall file a joint status report on this date advising the Court of the state of the case. APRIL 19, 2016 BATON ROUGE, LOUISIANA

_____
Honorable James J. Brady
United States District Judge