# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK and SIERRA CLUB, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-cv-858-JJB-RLB |
| GINA MCCARTHY, in her official capacity as Administrator of the U.S. Environmental Protection Agency | ) ) ) ) | |
| Defendant. | ) ) | |

## EPA'S RESPONSE TO YUHUANG CHEMICAL'S
## NOTICE OF SUPPLEMENTAL FILING

On April 15, 2016, Defendant Gina McCarthy, Administrator, United States Environmental Protection Agency, (referred to herein as "EPA") filed a notice lodging with the Court a proposed consent decree to resolve this matter.  Doc. 31.  As explained therein, EPA must publish notice of the proposed decree for public comment before EPA and the United States Department of Justice, after considering any comments received, can determine whether to withdraw their consent to the proposed consent decree.  42 U.S.C. § 9613(g).  The required notice has been published.  81 Fed. Reg. 24810 (April 27, 2016).  Prospective intervenor Yuhuang Chemical, Inc. ("YCI") submitted a comment.

Despite the fact that the Court has stayed this matter until June 30, 2016, Order (April 19, 2016, ECF # 33), on June 1, 2016, YCI filed a Notice of Supplemental Filing, which included YCI's comment submitted to EPA regarding the proposed consent decree.  Doc.

No. 36.  YCI's comment objected to the proposed consent decree's requirement that EPA would respond to Plaintiff's administrative petition by September 1, 2016, and contended that December 31, 2016, would be a more appropriate deadline.  In the Notice, YCI also asks the Court to consider its comments, which include a request to modify the consent decree in accordance with such comments, and to refuse to enter any consent decree submitted for entry that requires EPA to act on Plaintiffs' administrative petition prior to December 31, 2016.

This Notice should be disregarded.  First, the request is premature because EPA has not yet moved the Court to enter a consent decree.  Until such a motion is filed, however, issues pertaining to the substance of a proposed consent decree are not properly before the Court.  Second, unless YCI's motion to intervene is granted, YCI cannot ask the Court for any relief.  Finally, even as an intervenor, YCI's role would be limited to opposing entry of a consent decree once the parties have filed a motion to enter.  YCI cannot ask the Court to modify the proposed consent decree agreed upon by Plaintiff and EPA.  .

Respectfully submitted,

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

/s/ Susan C. Amundson
Susan C. Amundson, LBN 22710
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: susan.amundson@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

/s/ Eileen T. McDonough
EILEEN T. MCDONOUGH
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
eileen.mcdonough@usdoj.gov
(202) 514-3126

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on June 16, 2016, a copy of the foregoing Response to Yuhuang Chemical's Notice of Supplemental Filing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties/counsel of record by operation of the court's electronic filing system.


                      */s/ Eileen T. McDonough*

4